**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FREQUENCY SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | **Civil Action No. 2:15-cv-685**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

　　　The plaintiff, Frequency Systems, LLC, hereby notifies the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that it is dismissing all claims in this action, with prejudice, against defendant, Belkin International, Inc., a party that has not yet served an answer or motion for summary judgment.

Dated:  July 7, 2015　　　　　　　　/s/Andrew W. Spangler
　　　　　　　　　　　　　　　　　Andrew W. Spangler TX SB #24041960
　　　　　　　　　　　　　　　　　spangler@spanglerlawpc.com
　　　　　　　　　　　　　　　　　Spangler Law P.C.
　　　　　　　　　　　　　　　　　208 N. Green Street, Suite 300
　　　　　　　　　　　　　　　　　Longview, TX 75601
　　　　　　　　　　　　　　　　　Telephone:  (903) 753-9300
　　　　　　　　　　　　　　　　　Facsimile:  (903) 553-0403

　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　*Frequency Systems, LLC*


## CERTIFICATE OF SERVICE

　　　I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of July, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

　　　　　　　　　　　　　　　　　/s/Andrew W. Spangler
　　　　　　　　　　　　　　　　　Andrew W. Spangler